UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWN DLEE NANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRANK J. BISIGNANO, | ) | 5:24-CV-667-BO-BM |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

This case is closed.

**This judgment filed and entered on June 11, 2025, and served on:**
Aaron Lee Dalton (via CM/ECF NEF)
Joel Johnson (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Lee Kouvousis (via CM/ECF NEF)

June 11, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk